IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § CRIMINAL NO. 4:17-CR-92-MAC-CAN |
| | § |
| MILTON BUCHANAN | § |
| | § |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on February 8, 2021, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Matt Johnson.

On October 21, 1998, Defendant was sentenced by the Honorable Philip G. Reinhard, United States District Judge, to a sentence of four hundred twenty (420) concurrent months imprisonment followed by an eight (8) year term of supervised release. On November 20, 2012, Defendant's term of imprisonment was reduced to two hundred ninety-two (292) months, and on July 31, 2015, the term of imprisonment was reduced further to two hundred thirty-five (235) months. Defendant's supervision commenced on November 2, 2015.

On June 16, 2017, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 2). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state, or local crime; and (2) Defendant shall submit to one drug test within fifteen (15) days of release from imprisonment and random drug tests conducted thereafter by probation officer not to exceed one hundred four (104) tests per year.

The Petition asserts that Defendant violated these conditions because: (1) on or about May 30, 2017, Defendant was arrested by the Arlington, Texas, Police Department for the offense of Murder in violation of Texas Penal Code 19.02(c); and Defendant failed to report for a random drug test on June 6, 2016, and Defendant did not call the random drug testing line in time to receive the appropriate notification.

At the February 8, 2021, hearing, Defendant entered a plea of not true to allegation 1 and true to allegation 2. The Government offered a Judgment issued by the 371st District Court in Tarrant County stating that Defendant was found guilty of murder by jury verdict and assessing a sentence. Though the Judgment is on appeal, the Court finds that there is probable cause to believe that allegation 1 is true. The Court finds that Defendant has violated the terms of his supervised release, and thus, his supervised release should be revoked.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments and evidence presented at the February 8, 2021, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for thirty-six (36) months to run consecutively to any other sentence imposed with no additional term of supervised release imposed.

So ORDERED and SIGNED this 12th day of February, 2021.

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE