UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| *versus* § | CASE NO. 4:17-CR-92-MAC-CAN |
| § | |
| MILTON BUCHANAN § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as his right to object to the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of thirty-six (36) months to run consecutively to any other sentence imposed with no additional term of supervised release imposed.

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 7th day of May, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE